UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MICHAEL KORS, L.L.C., :

                Plaintiff, :

    -against- :

US RELIANCE SOLUTIONS, INC. et al., :

              Defendants. :
------------------------------------------x

ORDER

19 Civ. 10453 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 1, 2020 conference is adjourned to June 3, 2020 at 9:45 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge