**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 1 2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL KORS, L.L.C.,

                                        Plaintiff,                          ORDER

          -against-                                                 19 Civ. 10453 (GBD)

US RELIANCE SOLUTIONS, INC. et al.,

                                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     The status conference scheduled for June 3, 2020 is canceled.

Dated: New York, New York
        June 1, 2020

                              SO ORDERED.

                              *George B. Daniels*

                              GEORGE B. DANIELS
                              United States District Judge