USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 01 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KORS, L.L.C.,

Plaintiff,

v.

US RELIANCE SOLUTIONS, INC. and
GRACE REN,

Defendants.

CASE NO. 1:19-cv-10453 (GBD)

FINAL JUDGMENT AND PERMANET INJUNCTION ON CONSENT

Michael Kors, L.L.C. ("Michael Kors") by and defendants US Reliance Solutions, Inc. and Grace Ren (hereinafter collectively referred to as "Defendants") having agreed that a Final Judgment and Permanent Injunction Upon Consent ("Final Judgment") should be entered between them and good cause appearing therefore:

1. Michael Kors asserted this action for (i) trademark infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1114(a); (ii) federal trademark dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c); (iii) unfair competition, false designation or origin and false description in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and (iv) unfair and deceptive business practices in violation of New York General Business Law § 349, N.Y. Gen. Bus. L. § 349. The Court has continuing jurisdiction to enforce the terms and provisions of this Final Judgment.

## PARTIES

2. Michael Kors is a Delaware limited liability company with its principal place of business located at 11 West 42nd Street, New York, NY 10036.

3. Defendant US Reliance Solutions, Inc. is a Florida corporation with its principal place

of business located at 19764 Paddock Street, Orlando, Florida 32833 and/or 3671 S. Orlando Drive, Sanford, FL 32773.

4. Defendant Grace Ren ("Ren") is the President / Owner of US Reliance Solutions and therefore has the right and ability to control the actions of the corporate defendant. Ren resides at 19764 Paddock St, Orlando, Florida 32833.

5. Michael Kors is the owner of the (MK), (MK), MICHAEL KORS and other federally registered and unregistered trademarks, among others, (collectively, the "Michael Kors Trademarks");

6. Defendants agree that the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction, implementation or modification of this Final Judgment, the enforcement and the punishment of any violations thereof.

### IT IS ORDERED, ADJUDGED AND DECREED

7. The Final Judgment shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors and assigns, and acquiring companies.

8. Defendants, their agents, servants, employees, attorneys and all persons acting in concert and participation with them, and their successors and assigns, jointly and severally be and hereby are, permanent restrained and enjoined from:

   a. using any infringement of the Michael Kors Trademarks to identify any goods not authorized by Michael Kors;

   b. infringing the Michael Kors Trademarks by importing, manufacturing, distributing, selling, offering for sale, advertising, promoting, displaying any products bearing any simulation, reproduction, or any mark confusingly similar to Michael Kors Trademarks;

   c. using any simulation, reproduction, copy, or any mark confusingly similar to the Michael Kors Trademarks in connection with the importation, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect,

such products in any way to Michael Kors products, or to any goods sold, manufactured, sponsored or approved by, or connected with Michael Kors products;

d. making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any services provided, products manufactured, distributed, sold or offered for sale, or rented by Defendants are in any way associated or connected with Michael Kors products;

e. engaging in any other conduct constituting an infringement of the Michael Kors Trademarks, of Michael Kors products' rights in, or to use or to exploit, said trademark, or constituting any weakening of Michael Kors products' name, reputation and goodwill; and

f. seeking registration or registering any trademark confusingly similar to the Michael Kors Trademarks.

9. It is further ORDERED that in the event that Defendants are ever found by a court of competent jurisdiction to be in violation of this Final Judgment the parties agree that (a) Michael Kors will be entitled to all normal relief which it may request from the Court; and (b) Michael Kors will be entitled to recover any and all future and additional damages, fees, and costs incurred by Michael Kors due to Defendants' violation of this Final Judgment, and judgment shall be entered against Defendants in that full amount.

10. That any act by the Defendants in violation of the terms or conditions of this Final Judgment may be considered and prosecuted as contempt of this Court.

11. That jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction, implementation, or modification of this Final Judgment, the enforcement thereof, and the punishment of any violations thereof.

12. This Final Judgment shall be deemed served upon the Defendants at the time of the execution by the Court.

13. This action against Defendants is hereby dismissed with prejudice.

**CONSENTED TO BY THE PARTIES:**

The undersigned hereby consent to the entry of the Final Judgment in the form annexed hereto or in such other form as the Court may approve.

Dated: 2/26, 2020

MICHAEL KORS L.L.C.

By: _____
Name: Erica J. Weiner
Title: Assistant Secretary

Dated: 02/28/, 2020

US RELIANCE SOLUTIONS, INC.

By: _____
Name: Grace Ren
Title: President

Dated: 02/28, 2020

GRACE REN

_____

SO ORDERED:

**[JUN 0 1 2020]**, 2020

_____
George B. Donals
United States District Court Judge